**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MADISON 92nd STREET ASSOCIATES, LLC,  :
                                      :   ECF Case
                          Plaintiff,  :   Civil Action No. 13-CV-291(CM)
                                      :
            v.                        :   **Notice of Motion to Withdraw**
                                      :   **as Counsel**
MARRIOTT INTERNATIONAL, INC., HOST    :
HOTELS & RESORTS, INC., DIAMONDROCK   :
HOSPITALITY CO., and the NEW YORK HOTEL :
& MOTEL TRADES COUNCIL, AFL-CIO,      :
                                      :
                          Defendants. :
------------------------------------------------------------------X

Boies, Schiller & Flexner LLP ("BSF"), which has served as counsel to Plaintiff Madison 92nd Street Associates, LLC ("Madison") since the commencement of this lawsuit, submits this Notice of Motion to Withdraw as Counsel, accompanying Declaration of Nicholas A. Gravante, Jr. in Support of BSF's motion, and Proposed Order Granting BSF's Motion to Withdraw.

As BSF has previously informed this Court, BSF recently determined that a conflict of interest prevents it from further representing Plaintiff against Host Hotels & Resorts, Inc. ("Host") or otherwise taking a position adverse to Host. BSF subsequently advised all parties that it would immediately withdraw from the representation of Madison.

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, BSF hereby moves this Court for an Order to withdraw as counsel of record on behalf of Madison.

1

Dated: Armonk, New York
       March 7, 2013

                                                Respectfully submitted:

                                                BOIES, SCHILLER & FLEXNER LLP

                                                By: */s/ Nicholas A. Gravante, Jr.*

                                                Nicholas A. Gravante, Jr.
                                                575 Lexington Avenue
                                                7th Floor
                                                New York, New York 10022
                                                (212) 446-2300 (Telephone)
                                                (212) 446-2350 (Facsimile)
                                                ngravante@bsfllp.com

                                                *Attorneys for Plaintiff*
                                                *Madison 92nd Street Associates, LLC*

TO:    MADISON 92nd STREET ASSOCIATES, LLC

           Robert Gladstone
           Anthony Labozzetta
           555 Fifth Avenue
           New York, New York 10017

           *Plaintiff*

           DLA PIPER LLP (US)

           Christopher P. Hall
           Stephen P. Davidson
           1251 Avenue of the Americas
           New York, New York 10020
           (212) 335-4500 (Telephone)
           (212) 335-4501 (Facsimile)

           and

           Michael P. O'Day
           6225 Smith Avenue
           Baltimore, Maryland 21209
           (410) 580-4293 (Telephone)
           (410) 580-3293 (Facsimile)

           *Attorneys for Defendant*
           *Marriott International, Inc.*

PROSKAUER ROSE LLP

Richard M. Goldstein
Kevin J. Perra
11 Times Square
New York, New York 10036
(212) 969-3238 (Telephone)
(212) 969-2900 (Facsimile)
rgoldstein@proskauer.com
kperra@proskauer.com

*Attorneys for Defendant*
*Host Hotels & Resorts, Inc.*

KRAMON & GRAHAM PA

Kevin F. Arthur
James P. Ulwick
One South Street
Suite 2600
Baltimore, Maryland 21202
(410) 752-6030 (Telephone)
(410) 539-1269 (Facsimile)
karthur@kg-law.com
julwick@kg-law.com

*Attorneys for Defendant*
*DiamondRock Hospitality Co.*


PITTA & GIBLIN LLP

Barry Saltzman
120 Broadway
New York, New York 10271
(212) 652-3827 (Telephone)
(212) 652-3891 (Facsimile)
bsaltzman@pittagiblin.com

 *Attorney for Defendant*
*New York Hotel & Motel Trades*
*Council, AFL-CIO*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MADISON 92nd STREET ASSOCIATES, LLC,          :
                                              :       ECF Case
                        Plaintiff,            :       Civil Action No. 13-CV-291(CM)
                                              :
        v.                                    :
                                              :
MARRIOTT INTERNATIONAL, INC., HOST            :
HOTELS & RESORTS, INC., DIAMONDROCK           :
HOSPITALITY CO., and the NEW YORK HOTEL       :
& MOTEL TRADES COUNCIL, AFL-CIO,              :
                                              :
                        Defendants.           :
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Nicholas A. Gravante, Jr., an attorney admitted to practice in the State of New York and a Partner of the firm of Boies, Schiller & Flexner, LLP, hereby certify that:

On the 7th day of March 2013, I have caused service of the Notice of Motion to Withdraw as Counsel for the Plaintiff Madison 92nd Street Associates, LLC and the Declaration of Nicholas A. Gravante, Jr. in Support of the Motion, all dated March 7, 2013, to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

In addition, copies of the same documents were served by e-mail upon the Plaintiff Madison 92nd Street Associates, LLC, pursuant to Local Rule 1.4.

Dated: New York, New York
       March 7, 2013

                                                     */s/ Nicholas A. Gravante, Jr.*
                                                     Nicholas A. Gravante, Jr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MADISON 92nd STREET ASSOCIATES, LLC,    :

   :   ECF Case
   :   Civil Action No. 13-CV-291(CM)
       Plaintiff,   :
   :
     v.   :   **[Proposed] Order Granting**
   :   **Motion to Withdraw**
   :
MARRIOTT INTERNATIONAL, INC., HOST   :
HOTELS & RESORTS, INC., DIAMONDROCK   :
HOSPITALITY CO., and the NEW YORK HOTEL   :
& MOTEL TRADES COUNCIL, AFL-CIO,
   :
       Defendants.   :
------------------------------------------------------------------X

**UPON CONSIDERATION** of Boies, Schiller & Flexner LLP's Motion to Withdraw and the accompanying Declaration of Nicholas A. Gravante, Jr., it is ORDERED that the Motion is **GRANTED**.

Dated: March ___, 2013

_____
THE HONORABLE COLEEN McMAHON
UNITED STATES DISTRICT COURT JUDGE