UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MADISON 92nd STREET ASSOCIATES LLC,

                      Plaintiff,                          13 Civ. 291 (CM)

    -against-

MARRIOTT INTERNATIONAL, INC., et al.,

                      Defendants.

------------------------------------------------------------------x

**ORDER**

McMahon, J.:

    As discussed in today's conference, this case – with the exception of Host Hotels & Resorts, Inc.'s motion for sanctions against Boies Schiller & Flexner LLP – is stayed pending the disposition of the preexisting and related action in the New York Supreme Court before Justice Kapnick.

Dated: March 22, 2013

                                                        U.S.D.J.

BY ECF TO ALL COUNSEL