UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MADISON 92nd STREET ASSOCIATES, LLC,

Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC., HOST HOTELS & RESORTS, INC., DIAMONDROCK HOSPITALITY CO., and the NEW YORK HOTEL & MOTEL TRADES COUNSEL, AFL-CIO,

Defendants.

---------------------------------------------------------------X

ECF CASE
13 Civ. 0291 (CM)

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR BOIES, SCHILLER & FLEXNER, LLP**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that the law firm of Boies, Schiller & Flexner, LLP, acting pro se, hereby is substituted in place and in the stead of Michael S. Ross, Esq., as counsel of record for Boies, Schiller & Flexner, LLP, former counsel for plaintiff Madison 92nd Street Associates, LLC, in the above-captioned action. This substitution of counsel is necessitated as a result of counsel Michael S. Ross' status as a possible witness in the underlying sanctions motion.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.



Dated: New York, New York
October 24, 2013

LAW OFFICES OF MICHAEL S. ROSS

By: ______________________
Michael S. Ross
Outgoing Counsel for Boies, Schiller & Flexner, LLP
60 East 42nd Street
Forty-Seventh Floor
New York, New York 10165
Tel.: (212) 505-4060
Fax: (212) 505- 4054
Email: michaelross@rosslaw.org

BOIES, SCHILLER & FLEXNER, LPP

By: ______________________
Donald L. Flexner
Nicholas A. Gravante, Jr.
575 Lexington Avenue
Seventh Floor
New York, New York 10022
Tel.: (212) 446-2300
Fax: (212) 446-2350

SO ORDERED

______________________
The Honorable Colleen McMahon
United States District Judge

25 Oct, 2013