UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MADISON 92nd STREET ASSOCIATES, LLC,

               Plaintiff,

    v.                                                 13 Civ. 0291 (CM)

MARRIOTT INTERNATIONAL, INC., HOST
HOTELS & RESORTS, INC., DIAMONDROCK
HOSPITALITY CO., and the NEW YORK
HOTEL & MOTEL TRADES COUNSEL, AFL-CIO,

               Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEAL**

Notice is hereby given that Boies, Schiller & Flexner LLP, former counsel to Plaintiff Madison 92nd Street Associates, LLC in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Second Circuit from the following decisions and orders in this action:

    (1)    Supplemental Judgment (Doc. 134), entered in this action on August 11, 2014;

    (2)    Decision and Order Granting Defendant Host Hotels & Resorts, Inc.'s Motion for Sanctions Against Boies, Schiller & Flexner LLP (Doc. 99), entered on October 31, 2013;

    (3)    Order Denying Boies, Schiller & Flexner LLP's Motion for Reconsideration of the October 16, 2013 Order (Doc. 103), entered in this action on November 6, 2013; and

    (4)    Order Awarding Sanctions (Doc. 133), entered in this action on August 8, 2014.

Dated: August 18, 2014

                                            BOIES, SCHILLER & FLEXNER LLP

By:    /s/ Nicholas A. Gravante, Jr.
        Nicholas A. Gravante, Jr.
        David A. Barrett
        575 Lexington Avenue
        New York, New York 10022
        Tel.: (212) 446-2300
        Fax: (212) 446-2350